# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3739
_____

ALPHONSO RAY,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
David Rimmer, Judge.

July 16, 2019

PER CURIAM.

Upon consideration of Appellant's response to the Court's order of September 4, 2018, the Court has determined that the appeal is untimely. Accordingly, the appeal is dismissed. The dismissal is without prejudice to Appellant filing a petition for belated appeal pursuant to Florida Rule of Appellate Procedure 9.141(c).

ROBERTS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Alphonso Ray, pro se; Bruce A. Miller, Public Defender, and Julie M. Edwards, Assistant Public Defender, Milton, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.